UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ANITA MENDOLLA,

    Plaintiff,

v.                                            Case No. 06-C-979

MOORE WALLACE NORTH AMERICA, INC., et al.,

    Defendants.

**ORDER**

On September 4, Defendant Moore Wallace moved to amend its answer and affirmative defenses in this Title VII lawsuit. In particular, given information obtained in discovery, it wishes to add a defense that the plaintiff failed to mitigate her damages by failing to exercise reasonable diligence in obtaining other employment. Because Rule 15 is to be liberally applied in allowing amendments to pleadings, and because there is no apparent reason for delay, the motion to amend is **GRANTED**. Docket No. 23 is to be deemed the defendants' amended answer.

**SO ORDERED** this   10th   day of September, 2007.

                                                              s/ William C. Griesbach
                                                               William C. Griesbach
                                                               United States District Judge